NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S. EDWARD NEISTER,**

*Appellant*

**v.**

**EDEN PARK ILLUMINATION, INC., LARSON ELECTRONICS LLC, FAR UV TECHNOLOGIES, INC., USHIO AMERICA, INC.,**

*Appellees*

---

2024-1374

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00381.

---

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

2                    NEISTER V. EDEN PARK ILLUMINATION, INC.


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


March 13, 2024
    Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** March 13, 2024